█ In the Matter of Vic Orena, Petitioner, v. John M. Murtagh, a Justice of the Supreme Court, New York County, et al., Respondents.— Application, pursuant to article 78 of the CPLR, to stay the trial in *People* v. *Orena,* unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—McGivern, J. P., Nunez, Murphy, Steuer and Tilzer, JJ.